USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

                         Government,

            -against-

CUBA PYLES,

                         Defendant(s).
-------------------------------------------------------------X

96 CR. 279 (RMB)

**ORDER**

**Richard M. Berman, U.S.D.J.:**

    Effective January 30, 2008, C.J.A. attorney Winston Lee is appointed as counsel for the Defendant.

Dated: New York, New York
       January 30, 2008

                                                        _____
                                                     **Hon. Richard M. Berman, U.S.D.J.**